UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-4122-JGB (KS)                                        Date: June 3, 2021

Title      *Alonzo McKinney v. Unknown*

Present:  The Honorable:     Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 12, 2021, Plaintiff, a California state prisoner proceeding *pro se*, filed a two-page document titled "citizen complaint on San Diego Court Clerk." (Dkt. No. 1.)  The substance of the Complaint is difficult to discern; however, it appears Plaintiff claims that the state court clerk denied him access to the courts.  (*Id.* at 2.)

However, the Complaint provides no specific statement of facts.   Accordingly, the Complaint is subject to dismissal for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.  *See* FED. R. CIV. P. 8; *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).  The Complaint also appears to sue a court clerk, who is entitled to immunity from damages for civil rights violations for tasks that are integral to the judicial process.  *See Mullis v. United States Bankruptcy Court, Dist. of Nev.*, 828 F.2d 1385, 1390 (9th Cir. 1987), cert. denied, 108 S. Ct. 2031 (1988).

On May 18, 2021, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.)  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than June 24, 2021, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either:  (1) pay the $402 filing**

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-4122-JGB (KS)                                    Date: June 3, 2021

Title    _Alonzo McKinney v. Unknown_

**fee in full; or (2) file the completed forms, and the necessary documentation, with the Court
on or before the June 4, 2021 deadline.**

      **Plaintiff's failure to timely comply with this Order will result in a recommendation
of dismissal of his case.**

      **IT IS SO ORDERED**.

:

**Initials of Preparer**   gr
